KATHERINE M. AIZPURU (*pro hac vice*)
kaizpuru@ftc.gov
SAMUEL JACOBSON (*pro hac vice*)
sjacobson@ftc.gov
CARLTON MOSLEY (*pro hac vice*)
cmosley@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Mail Stop: CC-10232
Washington, D.C. 20580
(202) 326-2870

JOHN D. JACOBS, Cal. Bar No. 134154
*Local Counsel*
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
(310) 824-4300
(310) 824-4380 (fax)
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>BCO CONSULTING SERVICES, INC., et al.,<br><br>  Defendants. | **Case No. 8:23-cv-0699-JWH (ADSx)**<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE FOR 120 DAYS TO CONSIDER SETTLEMENT AGREEMENTS** |

Plaintiff Federal Trade Commission ("FTC") and Defendants BCO Consulting Services, Inc. ("BCO"), SLA Consulting Services Inc. ("SLA"), Kishan Bhakta, Brandon Clores, Gianni Olilang, and Allan Radam ("Defendants" and, collectively with the FTC, "the Parties") by and through their undersigned counsel, hereby agree, stipulate, and move the Court for an order staying all deadlines in this matter for 120 days. In support of this request, the parties state as follows:

1. Counsel for the FTC and Defendants BCO, Bhakta, and Clores have negotiated a settlement of the claims against BCO, Bhakta, and Clores in this matter.

2. Counsel for the FTC and Defendants SLA, Olilang, and Radam have negotiated a settlement of the claims against SLA, Olilang, and Radam in this matter.

3. Although FTC counsel has authority to negotiate settlement agreements, under Section 4.14 of the FTC's Rules of Practice, 16 C.F.R.§ 4.14(c), only a majority vote by the FTC Commissioners can approve such agreements.

4. If the FTC approves the settlements, further litigation in this matter will not be necessary. As the FTC's review and approval process can take several weeks, the parties respectfully request that the Court stay the case for 120 days to allow adequate time for the FTC to review and approve the final settlements.

Based on the foregoing, the parties stipulate and agree that this matter should be stayed pending FTC review and approval of the settlements, and respectfully request that the Court enter the accompanying proposed order staying all deadlines for 120 days.

1  IT IS SO STIPULATED.

2

3  Dated: August 18, 2023                              Respectfully submitted,

4

5  /s/ Brent Phillips_____                        Date: __08/18/23_____
   Brent Phillips
6  PHILLIPS LAW CORPORATION
   801 Parkcenter Drive, Suite 105
7  Santa Ana, CA 92705
8  bphillips@phillipslawcorporation.com

9  *Counsel for Defendants BCO Consulting Services, Inc., Brandon Clores, and*
10 *Kishan Bhakta*

11 /s/ Andrew Galvin_____                         Date: __08/18/23_____
   Andrew Galvin
12 BARNES & THORNBURG LLP
13 655 W. Broadway, Suite 1300
   San Diego, CA 92101
14 andrew.galvin@btlaw.com
15

16 *Counsel for Defendants Gianni Olilang, Allan Radam, and SLA Consulting*
17 *Services Inc.*

18

19

20

21

22

23

24

25

26

27

/s/ Samuel Jacobson
KATHERINE M. AIZPURU (*pro hac vice*)
kaizpuru@ftc.gov
SAMUEL JACOBSON (*pro hac vice*)
sjacobson@ftc.gov
CARLTON MOSLEY (*pro hac vice*)
cmosley@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Mail Stop: CC-10232
Washington, D.C. 20580
(202) 326-2870

JOHN D. JACOBS, Cal. Bar No. 134154
*Local Counsel*
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
(310) 824-4300; (310) 824-4380 (fax)

*Counsel for Plaintiff Federal Trade Commission*

## ATTESTATION

The undersigned hereby attests that all other signatories listed, and on whose behalf the filing is submitted, have authorized this filing.

Dated: August 18, 2023

*/s/ Samuel Jacobson*

Samuel Jacobson

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

On August 18, 2023, I caused the above document and attached [proposed] order to be served through the Court's electronic filing system upon all participants in the case who are registered CM/ECF users.

Dated: August 18, 2023

*/s/ Samuel Jacobson*

Samuel Jacobson

Counsel for Plaintiff